■ ILIA KAJO et al., Appellants, v E.W. HOWELL CO., INC., et al., Defendants/Third-Party Plaintiffs-Respondents, et al., Defendant. CUMBERLAND ELECTRIC CORP., Third-Party Defendant-Respondent. [991 NYS2d 891]—In an action to recover damages for personal injuries, etc., the plaintiffs appeal from an order of the Supreme Court, Kings County (Kramer, J.), dated February 7, 2012, which denied their motion for leave to renew that branch of their prior cross motion which was for summary judgment on the issue of liability on the cause of action alleging a violation of Labor Law § 240 (1) insofar as asserted against the defendants third-party plaintiffs E.W. Howell Co., Inc., and Norwegian Christian Home and Health Center, which had been denied in an order of the same court dated November 28, 2006.

Ordered that the order dated February 7, 2012, is affirmed, with costs.

The Supreme Court properly denied the plaintiffs' motion for leave to renew. In support of their motion, the plaintiffs failed to establish that the decision in *Runner v New York Stock Exch., Inc.* (13 NY3d 599 [2009]) created a change in the law that would alter the prior determination in this matter (*see* CPLR 2221 [e] [2]).

The parties' remaining contentions are without merit. Mastro, J.P., Balkin, Miller and LaSalle, JJ., concur.